Quentin M. Rhoades
State Bar No. 3969
Christopher V. Fagan
State Bar No. 7383
**SULLIVAN, TABARACCI & RHOADES, P.C.**
1821 South Avenue West, Third Floor
Missoula, Montana 59801
Telephone: (406) 721-9700
Telefax: (406) 728-5838
qmr@montanalawyer.com
fagan@montanalawyer.com

*Pro Defendente*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| **JAMES C. MURRAY and ALLISON B. MURRAY, husband and wife,**<br><br>Plaintiffs,<br><br>v.<br><br>**HOWARD C. BRAND, JR.,**<br><br>Defendant. | Montana Twenty-First Judicial District Court, Ravalli County<br>Cause No.: DV-09-691<br><br>**U.S. District Court**<br>**Cause No.:** CV 10-01-M-DWM<br><br>***NOTICE OF REMOVAL*** |

Defendant Howard C. Brand, Jr. (hereinafter "Defendant"), by and through his counsel of record, hereby removes this action to the United

States District Court for the District of Montana, Missoula Division. In support of this removal, Defendant states the following:

1. Defendant is an individual citizen of Ketchikan Borough, Alaska.

2. Plaintiffs James C. Murray and Allison B. Murray are individuals and citizens of Ravalli County, Montana.

3. This Court has jurisdiction under 28 U.S.C. § 1441, based under diverse jurisdiction as provided for under 28 U.S.C. § 1332 and the amount in controversy, upon information and belief, exceeds $75,000.00.

4. The United States District Court for the District of Montana, Missoula Division, is the proper court to remove actions from the Twenty-First Judicial District Court for the State of Montana.

5. Pursuant to 28 U.S.C. § 1446(a), Defendant is attaching a copy of all process, pleadings and orders that have been filed in the Montana Twenty-First Judicial District Court, Ravalli County, Cause No. DV-09-691, as Exhibit A.

6. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, because it is filed within thirty (30) days after receipt by Defendant, on December 24, 2009, through service by mail, a copy of the Plaintiffs'

Case 9:10-cv-00001-DWM   Document 1   Filed 01/05/10   Page 4 of 8

Complaint setting forth the amount claimed for relief which brings the case within the jurisdiction of the United States District Court.

ACCORDINGLY, Defendant hereby gives notice that this action is removed to the U.S. District Court for the District of Montana, Missoula Division.

Dated this 5th day of January, 2010.

        Respectfully Submitted,
        SULLIVAN, TABARACCI & RHOADES, P.C.


        By: /s/ QuentinM. Rhoades
            Quentin M. Rhoades
            Christopher V. Fagan
            *Pro Defendente*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2010, I served a true and correct copy of the foregoing on the following persons by the following means:

```
_____   CM/ECF
_____   Hand Delivery
   1      Mail
_____   Overnight Delivery Service
_____   Fax
_____   E-Mail
```

1. Terance P. Perry, Esq.
   Phil McCreedy, Esq.
   DATSOPOULOS, MACDONALD & LIND, P.C.
   Central Square Building
   201 West Main Street
   Suite 201
   Missoula, Montana 59802


   By: /s/ QuentinM. Rhoades
       Quentin M. Rhoades
       Christopher V. Fagan
       *Pro Defendente*

4